cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SAM NAJJAR dba BOTTLE & BASKET MARKET; SAM NAJJAR; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Civil No. 06cv1930 BEN(AJB)<br><br>Order Vacating Order to Show Cause Hearing |

The Court set an Order to Show Cause Hearing for December 19, 2006 at 1:30 p.m. in Courtroom A.  This was in response to defense counsel and Defendant's failure to appear in person at the December 1, 2006 Settlement Disposition Conference.  Defense counsel has provided a Declaration explaining the reason for the non-appearance. The Court is satisfied and therefore VACATES the hearing set in this regard.

IT IS SO ORDERED.

DATED: December 14, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court